IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JENNIFER NETZLEY,

    Plaintiff,

vs.      Case No.   3:21cv79

KILOLO KIJAKAZI, ACTING      JUDGE WALTER H. RICE
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

---

DECISION AND ENTRY SUSTAINING JOINT MOTION OF THE PARTIES
FOR REMAND FOR FURTHER PROCEEDINGS PURSUANT TO
SENTENCE FOUR OF 42 U.S.C. § 405(g) (DOC. #12); JUDGMENT TO
ENTER IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT; NEW
HEARING ORDERED TO DEVELOP THE ADMINISTRATIVE RECORD;
TERMINATION ENTRY

---

    The Joint Motion of the parties seeking an order of the Court remanding the captioned cause for further proceedings, pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. #12), is SUSTAINED.

    The Court will order judgment to be entered in favor of Plaintiff and against the Defendant, reversing the Commissioner's decision under Sentence Four of 42 U.S.C. § 405(g), and remanding the captioned cause to the Commissioner for further administrative proceedings. Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision. The Commissioner will then develop the Administrative Record as is necessary to

determine whether Plaintiff is disabled within the meaning of the Social Security Act, to hold a new administrative hearing and then to issue a new decision.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

February 1, 2022

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record